■ In the Matter of SANTIAGO RIVERA, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, Respondent. [756 NYS2d 808] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Orleans County (Punch, J.), entered May 30, 2002, seeking review of a determination after a Tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Hurlbutt, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.